NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SECURITYPOINT HOLDINGS, INC.,**

*Plaintiff-Appellee*

v.

**UNITED STATES,**

*Defendant-Appellant*

---

2025-1991

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00268-EGB, Senior Judge Eric G. Bruggink.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    SECURITYPOINT HOLDINGS, INC. V. US

(2)  Each side shall bear their own costs.

FOR THE COURT

March 31, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 31, 2026